No. 624. WOLFE ET AL. *v.* HURLEY, SECRETARY OF WAR, ET AL. Argued May 1, 1931. Decided May 4, 1931. *Per Curiam:* Decree affirmed. *Dohany* v. *Rogers*, 281 U. S. 362, 366; *Bragg* v. *Weaver*, 251 U. S. 57, 62; *Sweet* v. *Rechel*, 159 U. S. 380, 402; *Backus* v. *Fort Street Union Depot Co.*, 169 U. S. 557, 568. *Mr. Hugh Tullis*, with whom *Mr. Charles F. Borah* was on the brief, for appellants. *Solicitor General Thacher* and *Mr. W. Marvin Smith* were on the brief for Hurley et al., appellees. *Messrs. Jeff B. Snyder, James H. Gilford, Jr., Philip Watson*, and *F. G. Hudson, Jr.*, were on the brief for Board of Commissioners of the Fifth Louisiana Levee District et al., appellees.

No. —, original. WASHINGTON *v.* OREGON. Submitted May 4, 1931. Decided May 18, 1931. The motion for leave to file bill of complaint herein is granted. *Messrs. John H. Dunbar*, Attorney General of Washington, and *John C. Hurspool*, Assistant Attorney General, for complainant. No appearance for defendant.